# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McAllen Division

UNITED STATES OF AMERICA

v.

**Hilarion CISNEROS-Rios**
YOB: 1972
COC: Mexico

## CRIMINAL COMPLAINT

Case Number: 7:19-po- 0

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 16, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowingly, willfully and in violation of law, attempted to gain illegal entry or obtains illegal entry into the United States by willful concealment of a material fact,

in violation of Title __8__ United States Code, Section(s) __1325(a) ( 3 )__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

On May 16, 2019, defendant attempted to enter the United States illegally at the Donna, Texas Port of Entry by presenting a counterfeit visa as his entry document. In secondary, the defendant freely admitted that he purchased the counterfeit visa from an unknown man. Record checks revealed no evidence of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. The defendant is a citizen of Mexico and has no legal status in the United States.

*I declare under penalty of perjury that the statements in this complaint are true and correct.*
Continued on the attached sheet and made a part of this complaint:  [ ] Yes   [X] No

__/s/   Lorenzo Bottelo    CBP Enforcement Officer__

Sworn to before me and subscribed in my presence,   Signature of Complainant

**May 17, 2019**                                              at   **McAllen, Texas**
Date                                                               City and State

**Judge J. Alanis**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                            Signature of Judicial Officer